FILED - USDC -NH
2022 JUN 14 AM 11:50

5725

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMSHIRE

Josephine Amatucci

v.

Trooper Hawley Rae, Melissa Countway, INDIVIDUALLY

...... Dept. of Safety

MOTION TO INCLUDE THE DEPT. OF SAFETY IN LAWSUIT

A REQUEST FOR A RESTRAINING ORDER

AGAINST THE DEPARTMENT OF SAFETY

1.      The Plaintiff is adding the Department of Safety as a defendant in this lawsuit.

2.      She is asking that a Restraining Order be issued by this Court, IMMEDIATELY, against the Department of Safety to stop them from unlawfully Ordering the Plaintiff to appear to evaluate her driving abilities, when they have not proven, when they refuse to prove under what legal right they have to do so. This is a lawsuit for the violation of my Civil Rights, where the Department of Safety has ......NO DISCRETION...... to violate the Plaintif's legal rights.

3.      The Plaintiff has requested to the Department under the Right to Know law

1

that they specifically state their legal rights to order her to appear to have her driving abilities evaluated, and they continuosly refuse to do so.

4.  There are only two reasons why the Department of Safety is insisting to have her driving abilities evaluated, one would be because of her age, however, it is against the STATE LAW to use this as a reason to have her driving abilities evaluated, besidesm it is the crime of.... DISCRIMINATION.

5.  And the second reason would be because she contested a traffic ticket her FIRST AMENDMENT RIGHT to do so.

6.  None of these reasons give the Department of Safety the LEGAL RIGHT to ORDER her to appear to have her driving abilities re-tested.

7.  The Plaintiff states that the STATE has no discretion to take away the Plaintiff's Federal Constitutional rights, that is the rights of the LAW OF THE LAND.

8.  In violation of her First amendment right to contest her traffic ticket.  Her Fourth Amendment right not to be unlawfully seized, detained, when evaluating her abilities, and without probable cause, as this is a violation of her liberty rights, a violation of Due Process, and Equal Protection.  Her right not to be DISCRIMINATED due to her age.


WHEREFORE:   It is urgent that this Court expeditiously put a Restraining Order on the Department of Safety to stop them continually ordering the Plaintiff to appear.  Until this case is resolved.

Respectfully,

Josephine Amatucci

c. Department of Safety, Trooper Rae, Melissa Countway

June 13, 2022

*Josephine Amatucci*

2

 

**State of New Hampshire**
**DEPARTMENT OF SAFETY**
**DIVISION OF MOTOR VEHICLES**

May 06, 2022

Josephine Amatucci
Po Box 272
Wolfeboro Falls NH 03896

Dear Sir/Madam,

The Division of Motor Vehicles has received information that gives the Director of Motor Vehicles reason to have your driving abilities evaluated.

In order for the Division of Motor Vehicles to evaluate your driving abilities, please appear for your examination at the following date and time:

| | |
|---|---|
| Appointment Date: | May 27, 2022 |
| Appointment Time Knowledge Test | 1:30 PM |
| Appointment Time Road Test: | Schedule after Passing Knowledge Test |
| Appointment Location: | Tamworth 1864 White Mt Highway |

Please bring this letter to your appointment and please arrive 5 minutes prior to your appointment time. If you need to reschedule this appointment you must call us at 603-227-4000 do not reschedule your appointment online. **If you decide you would like to give up your right to drive, please mail in your driver license and a note stating that you wish to voluntarily give up driving.**

If you should have any further questions, please call (603) 227-4000.

Very truly yours,

Bureau of Driver Licensing

FROM: Josephine Amatucci
P.O. Box 272
Wolfeboro Falls, N.H. 03896

MANCHESTER NH 030
13 JUN 2022 PM 3 L



United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

03301-394135