**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

<u>Josephine Amatucci</u>

    v.                                          Case No. 18-cv-1227-SM

<u>Richard M. Young, Jr., et al.</u>

<u>Josephine Amatucci</u>

    v.                                          Case No. 21-cv-237-LM

<u>Attorney Daniel Mullen, et al.</u>

<u>Josephine Amatucci</u>

    v.                                          Case No. 22-cv-202-SM

<u>Trooper Hawley Rae, et al.</u>

**CASE STATUS ORDER**

Josephine Amatucci has filed numerous cases in this Court. At present, three of those cases are open. To avoid confusion, the Court provides the parties with a summary of the status of each open case.

**Amatucci v. Young**
**18-cv-1227-SM**

In <u>Amatucci v. Young</u>, 18-cv-1227-SM (D.N.H.) ("Case 18-1227"), the following three claims are pending in this matter:

    1. On September 7, 2018, Carroll County Sheriff's Department ("CCSD") Chief Deputy Richard Young, in his individual capacity, violated Mrs. Amatucci's Fourth

    Amendment right not to be subjected to an unreasonable seizure of her person, by using excessive force against her in an objectively unreasonable manner, when he grabbed, squeezed, and twisted her arm, causing her extreme pain and injury, when Mrs. Amatucci had not engaged in any conduct which posed a threat to anyone, or otherwise provoked the use of force against her;

    2.  CCSD Chief Deputy Richard Young, in his individual capacity, violated Mrs. Amatucci's First Amendment right to petition the government for a redress of grievances by preventing her from filing a complaint against WPD Chief Dean Rondeau, at the Carroll County Attorney's Office on September 7, 2018;

    . . .

    4.  CCSD Sgt. Michael Bedley, in his individual capacity, violated Mrs. Amatucci's Fourteenth Amendment right to be protected from harm by failing to intervene when CCSD Chief Deputy Young engaged in excessive force against Mrs. Amatucci on September 7, 2018, despite having the ability and opportunity to do so.

See Case 18-1227 (Doc. No. 95, at 2-3, as amended by Doc. No. 133, at 13).

There are a number of motions pending in Case 18-1227 addressing various issues in this case, including, among other things, procedural requests, substantive matters, sanctions, and discovery.  Specifically, the motions pending in this case are as follows[1]:

- Plaintiff's "Motion for Jury Trial for a Monell Claim/A Separate Claim" (Doc. No. 142/#5525[2])

---

[1] The Court has not listed the documents filed in support of and in opposition to each of the motions listed in this Order.

[2] As a courtesy, the Court has included the four-digit number Mrs. Amatucci uses to identify her own filings along with the docket number.

- Plaintiff's "Demand for Jury Trial for Violation" (Doc. No. 143/#5524)

- Defendants' "Motion for Sanctions Relating to [Doc. Nos. 142, 143]" (Doc. No. 146)

- Plaintiff's "Request for Mandatory Jury Trial Under Seventh Amendment/Denial of Further Discovery" (Doc. Nos. 147/#5527, 149/#5527)

- Defendants' "Motion for Sanctions Relating to [Doc. Nos. 147, 148, 149]" (Doc. No. 152)

- Plaintiff's "Motion for Hearing to Lift Restraining Order" (Doc. No. 164/#5563)

- Plaintiff's "A Fraudulent Misrepresentation and Misinterpreting of the plaintiff Claims and the Law/A Motion for Judgment on the Law" (Doc. No. 166/#5570)

- Defendants' "Motion to Compel Plaintiff to Make Disclosure Pursuant to Rule 26(a)(1)(A)" (Doc. No. 167)

- Defendants' "Motion to Compel Plaintiff to Respond to Requests for Production of Documents" (Doc. No. 169)

- Plaintiff's "Motion to Compel" (Doc. No. 172/#5577)

- Plaintiff's "Mandatory Trial Preparation" (Doc. No. 173/#5595)

- Plaintiff's "Motion for Date and Time of Trial" (Doc. No. 175/#5601)

- Plaintiff's "Motion for Pre-Discovery Summary Judgment as a Matter of Law") (Doc. No. 177/#5622) (Doc. No. 181/#5622)

- Plaintiff's "Motion for Judgment as a Matter of Law for Excessive Force Claim, et al." (Doc. No. 180/#5627)

- Plaintiff's "Motion for Subpoena Under Rule 45.2 Local Rule Under Due Process of the Law" (Doc. No. 182)

- Plaintiff's "Motion to Amend" (Doc. No. 183/#5632)

- Plaintiff's "The Right for a Hearing on the Plaintiff's Motion for Summary Judgment" (Doc. No. 185/#5654)

- Plaintiff's "Motion for a Speedy Hearing" (Doc. No. 187/#5659)

- Defendants' "Motion to Compel Plaintiff to Appear for Deposition" (Doc. No. 194)

- Plaintiff's "Under the Right to Know Law/Motion for 'Mandatory' Access to Video and Name of Employee Who Prepared Photographs Regarding Incident that Occurred in Lobby of Office of Attorney General Regarding Young Assaulted Plaintiff With Excessive Force" (Doc. No. 197/#5683)

- Plaintiff's "Motion for Contempt (Refusing to Answer Subpoena) Mikaela Andruzzi" (Doc. No. 198)

- Plaintiff's "Second Motion for Subpoena" (Doc. No. 199)

- Plaintiff's "Demand for Name of Employee Under Right to Know Law" (Doc. No. 205/#5704)

- Plaintiff's "Motion for Subpoena and/or Summons" (Doc. No. 206/#5709)

- Plaintiff's "Motion for Summary Judgment/Further Evidence on Excessive Force Claim" (Doc. No. 208/#5716)

- Plaintiff's "Motion for Clarity" (Doc. No. 210/#5723)

- Plaintiff's "Motion for Subpoena Duces Tecum for Appearance of a Witness" (Doc. No. 211/#5732)

The Court will resolve the above-listed pending motions with due regard to the upcoming October 2022 trial date.

### Amatucci v. Laplante
### No. 21-cv-237-LM

In Amatucci v. Laplante, 21-cv-237-LM (D.N.H.) ("Case 21-237"), Mrs. Amatucci sued Judge Joseph Laplante, Attorney Daniel Mullen, and Ransmeier & Spellman, asserting claims related to the defendants' alleged conduct in a case she previously litigated in this Court. A Report and Recommendation ("R&R") has issued in Case 21-237 recommending that the case be dismissed. Once the deadline for filing objections to that R&R has passed, the R&R will be presented to the District Judge for consideration.

### Amatucci v. Rae
### 22-cv-202-SM

Mrs. Amatucci has recently filed Amatucci v. Rae, 22-cv-202-SM (D.N.H.) ("Case 22-202"). The complaint in Case 22-202 has been submitted to the undersigned Magistrate Judge for preliminary review. Mrs. Amatucci has also filed a motion to add a defendant and a claim for injunctive relief to that matter which will be addressed at the time of preliminary review.

### Conclusion

The Clerk's office is directed to docket a copy of this Order in each of the three above-captioned cases.

5

SO ORDERED.

_____
Andrea K. Johnstone
United States Magistrate Judge

July 1, 2022

cc: Josephine Amatucci, pro se