5772

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

FILED - USDC -NH
2022 AUG 18 AM 10:53

Josephine Amatucci

v.

Trooper Hawley Rae, et al

Dept. of Safety, et al                              JURY TRIAL DEMANDED


MOTION TO ADD ADDITIONAL DEFENDANTS


1.   The Plaintiff is adding Mr. Marcuso, Director of the Department of Safety, to this lawsuit, as a policymaking official of the Dept. of Safety, sued in his individual and official status, as a direct cause of the violation of the Plaintiff's civil Rights. And the New Hampshire State Police Troop E.

2.   The Plaintiff would also like to add Trooper Mark Hensel NH State Police - Troop E as a defendant individually and in his official status, where he was the direct causation with poicymaking official, Melissa Countway, when they conspired to have the Plaintiff's license to drive revoked, WITHOUT PROBABLE CAUSE, in vioaltion of Due Process under the Federal Civil Rights act.

Respectfully,

Josephine Amatucci

c. Hensel, Melissa Countway

August 15, 2022

*Josephine Amatucci*

1

P.O. Box 272
Wolfeboro Falls, N.H. 03896

United States District Court
District of New Hampshire
Office of The Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

MANCHESTER NH 030
16 AUG 2022 PM 1 L

03301-394135