UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Josephine Amatucci</u>

    v.                                              Case No. 22-cv-202-SM-AJ

<u>Hawley Rae, et al</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 17, 2024, for the reasons set forth therein.

The clerk of court shall enter judgment and close the case.

**So Ordered.**

Steven J. McAuliffe
United States District Judge

Date: July 29, 2024

cc:   Josephine Amatucci, pro se
       Christina M. Wilson, Esq.